# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-four.

_____

James C. Kistner,

    Plaintiff - Appellee,

v.

The City of Buffalo, Byron Lockwood, Daniel Derenda, individually and in his capacity as Police Commissioner of the Buffalo Police Department, Lauren McDermott, individually and in her capacity as a Buffalo Police Officer, Jenny Velez, individually and in her capacity as a Buffalo Police Officer, Karl Schultz, Kyle Moriarity, John Doe(s), individually and in his/their capacity as a Buffalo Police Officer(s), David T. Santana, Individually and in his capacity as a Buffalo Police Officer, Anthony McHugh, Individually and in his capacity as a Lieutenant for the City of Buffalo Police Department,

    Defendants - Appellants.

_____

**ORDER**

Docket No: 22-3058

Appellants, Daniel Derenda, John Doe(s), Byron Lockwood, Lauren McDermott, Anthony McHugh, Kyle Moriarity, David T. Santana, Karl Schultz, The City of Buffalo and Jenny Velez, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

